**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    Hilltop Energy, LLC

2. **All other names debtor used in the last 8 years**    Cubic Energy, Inc.

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8 7 - 0 3 5 2 0 9 5

4. **Debtor's address**

   Principal place of business

   4925 Greenville Ave.
   Number    Street

   Suite 1200

   Dallas          TX       75206
   City           State    ZIP Code

   County _____

   Mailing address, if different from principal place of business

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City   State   ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number    Street

   _____
   City   State   ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Hilltop Energy, LLC
         Name                                                                  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2 1 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.  District  Delaware     When  12/11/2015   Case number  15-12500
                                     MM / DD / YYYY

         District  _____   When  _____  Case number  _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  Hilltop Asset, LLC              Relationship  Subsidiary
         District  Delaware                      When  _____
                                                       MM / DD / YYYY
         Case number, if known  _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 2

Debtor   Hilltop Energy, LLC
         Name                                                                                    Case number (if known)_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number        Street

_____
City                                              State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name       _____
       Phone              _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Hilltop Energy, LLC  
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/16/2019  
MM / DD / YYYY

X _Claude A. P__  Claude Pupkin  
Signature of authorized representative of debtor   Printed name

Title  Manager

**18. Signature of attorney**

X _____   Date  5/16/19  
Signature of attorney for debtor        MM / DD / YYYY

Norman L. Pernick  
Printed name  
Cole Schotz P.C.  
Firm name  
500 Delaware Avenue, Suite 1410  
Number   Street  
Wlmington        DE    19801  
City         State   ZIP Code

302-652-3131       npernick@coleschotz.com  
Contact phone        Email address

2290         Delaware  
Bar number        State

# HILLTOP ENERGY LLC

(Chapter 11 Bankruptcy Petition)

## RESOLUTION OF MANAGER

The undersigned, being the duly appointed manager (the "**Manager**") of Hilltop Energy LLC, a Delaware limited liability company (the "**Company**"), does hereby certify that at a special meeting of the Company duly called and held on May 16, 2019, the following resolutions were duly adopted, and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS,** reference is made to that certain Amended and Restated Limited Liability Company Agreement of the Company dated as of March 18, 2016 (as amended, the "**Operating Agreement**"); and

**WHEREAS,** pursuant to Section 5.3.6(d) of the Operating Agreement, the Manager shall not, and shall not cause the Company or any of its subsidiaries to, file any petition seeking bankruptcy protection without the prior written consent of each Initial Member (as defined in the Operating Agreement) that is a Significant Member (as defined in the Operating Agreement) at the time of such approval.

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that after consultation with the Company's advisors, in the judgment of the Manager, it is desirable and in the best interests of the Company, its stakeholders and other interested parties that a petition (the "**Petition**") be filed by the Company seeking relief (the "**Chapter 11 Case**") under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED,** that the Manager be and hereby is authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify the Petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as the Manager executing the same shall determine; and it is further

**RESOLVED,** that the Manager be and hereby is authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, affidavits and other papers as required to accompany the Petition or seek entry of first day orders, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the successful prosecution of the Chapter 11 Case; and it is further

**RESOLVED**, that the Company is authorized to employ the law firm of Cole Schotz P.C., located at 500 Delaware Avenue, Suite 1410, Wilmington, Delaware, 19801, as counsel to render legal services to, and to represent, the Company in its Chapter 11 Case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED** that the Company is authorized to employ the firm of Dundon Advisers LLC, located at 440 Mamaroneck Avenue, Fifth Floor, Harrison, New York, 10528, as financial advisor for the Company in the Company's Chapter 11 Case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Company, in its capacity as the sole member of its subsidiary, Hilltop Asset LLC ("**Hilltop Asset**"), is hereby authorized, empowered and directed to execute a Resolution of the Sole Member of Hilltop Asset related to the filing of a petition under Chapter 11 of the Bankruptcy Code with respect to Hilltop Asset, and take all such actions in such capacity as the Company deems necessary, proper and desirable in order to fully carry out the intent and accomplish the purposes of such resolution as the Company shall determine; and it is further

**RESOLVED**, that the Manager be and hereby is authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, to pay all expenses including filing fees and to take such action as in the judgment of the Manager shall be or become necessary, proper and desirable to in the Company's Chapter 11 Case, including as may be necessary to effectuate an orderly liquidation of the Company's assets and to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that any and all past actions heretofore taken by the Manager or those acting at his request or upon his direction in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed and approved in all respects.

*[Remainder of page intentionally blank]*

IN WITNESS WHEREOF, I have hereunto set my hand, this 16th day of May, 2019.

MANAGER:

_____
Claude A. Pupkin

THE UNDERSIGNED, CONSTITUTING ALL OF THE SIGNIFICANT MEMBERS OF THE COMPANY ON THE DATE HEREOF, EXPRESSLY CONSENT TO THE FOREGOING RESOLUTIONS:

AIO III CE, L.P.

By: Anchorage Capital Group, L.L.C., its Investment Manager

By: _____
    Name:
    Title:

**CORBIN OPPORTUNITY FUND, L.P.**

By: Corbin Capital Partners Management, LLC, its General Partner

By: _____
    Name:
    Title:

IN WITNESS WHEREOF, I have hereunto set my hand, this <u>16th</u> day of <u>May</u>, 2019.

**MANAGER**:

_____
Claude A. Pupkin

THE UNDERSIGNED, CONSTITUTING
ALL OF THE SIGNIFICANT MEMBERS
OF THE COMPANY ON THE DATE
HEREOF, EXPRESSLY CONSENT TO
THE FOREGOING RESOLUTIONS:

**AIO III CE, L.P.**

By:  Anchorage Capital Group, L.L.C., its
     Investment Manager

By: _____
    Name: Sean Gallahue
    Title: Authorized Signatory

**CORBIN OPPORTUNITY FUND, L.P.**

By:  Corbin Capital Partners Management, LLC,
     its General Partner

By: _____
    Name:
    Title:

3

   **IN WITNESS WHEREOF**, I have hereunto set my hand, this 16th day of May, 2019.

**MANAGER**:

_____
Claude A. Pupkin

**THE UNDERSIGNED, CONSTITUTING ALL OF THE SIGNIFICANT MEMBERS OF THE COMPANY ON THE DATE HEREOF, EXPRESSLY CONSENT TO THE FOREGOING RESOLUTIONS:**

**AIO III CE, L.P.**

By: Anchorage Capital Group, L.L.C., its
   Investment Manager


  By: _____
    Name:
    Title:


**CORBIN OPPORTUNITY FUND, L.P.**

By: Corbin Capital Partners Management, LLC,
   its General Partner

  By: _[signature]_____
    Name: Daniel Friedman
    Title: General Counsel

59288/0001-17120675v2

**Fill in this information to identify the case:**

Debtor name  Hilltop Energy, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chase Lincoln First Commercial Corporation | c/o Brian M. Ercolani  383 Madison Ave., Floor 03  New York, NY 10179 | Money Borrowed | | | | Partially secured. Value of collateral is unliquidated, but less than the aggregate debt owed. |
| 2 | IHS Global Inc. | P.O. Box 847193  Dallas, TX 75284  Tel: 800-447-2273 | Trade Claim | | | | $25,535.09 |
| 3 | Netherland, Sewell & Associates | 2100 Ross Ave #2200  Dallas, TX 75201  Tel: 214-969-5401 | Professional Services | | | | $20,059.74 |
| 4 | Moss Adams LLP | 13727 Noel Road, Suite 300  Dallas, TX 75240  Tel: 972-458-2296  Fax: 972-788-4943 | Professional Services | | | | $10,825.00 |
| 5 | Dentons US LLP | Dept. 3078  Carol Stream, IL 60132  Tel: 214-259-0900 | Professional Services | | | | $7,115.34 |
| 6 | NuTech Energy Alliance | 7702 FM 1960  Suite 300  Houston, TX 77346 | Professional Services | | | | $6,000.00 |
| 7 | Prime Clerk | c/o Heidi Stern  830 3rd Avenue, 9th Floor  New York, NY 10022  Tel: 212-257-5450 | Professional Services | | | | $2,638.83 |

59288/0001-17305963v2

Debtor    Hilltop Energy, LLC
          Name

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |

Debtor   Hilltop Energy, LLC
         Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HILLTOP ENERGY, LLC, | § | |
| | § | Case No. 19-_____ (___) |
| Debtor. | § | |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is a list of the Debtor's equity security holders.

| Shareholder | Address of Shareholder | Approximate Percentage of Shares Held |
|---|---|---|
| AIO III CE, L.P. | c/o Michael H. Torkin<br>610 Broadway, 6th Floor<br>New York, New York 10012 | 75.76% |
| Corbin Opportunity Fund, L.P. | c/o Corbin Capital Partners, L.P.<br>590 Madison Ave, 31st Floor<br>New York, NY 10022 | 16.67% |
| Anthony E. Malkin & Rachelle B. Malkin JTWROS | 107 Doubling Road<br>Greenwich, CT 06830-4040 | 0.05% |
| Arnold W. Carothers | 7123 County Road 436<br>Water Valley, MS 38965-6203<br><br>with a copy to:<br><br>Sean Carothers<br>Carothers Construction, Inc.<br>P.O. Box 189<br>Taylor, MS 38673 | 0.02% |
| Arthur J. Samberg | c/o Amy Jennings<br>Hawkes Financial LLC<br>77 Bedford Road<br>Katonah, NY 10536 | 0.50% |
| Ayad Alhadi | 800 Fifth Avenue<br>28G<br>New York, NY 10065 | 0.10% |
| Bill Fried Insurance Trust: Abe Cogen and Max Zeitler Co-Trustees | 17 Beechwood Land<br>Scarsdale, NY 10583 | 0.01% |

| Coppice LP | 80 Broad Street, Suite 2502<br>New York, NY 10004 | 0.01% |
|---|---|---|
| David Bonanno | Managing Director<br>Third Point, LLC<br>390 Park Avenue<br>New York, NY 10022 | 0.02% |
| Dorothy E. Whalen | 8 Matinecock Farms Rd.<br>Glen Cove, NY 11542-2548 | 0.03% |
| Fredric H. Gould | c/o Georgetown Partners Inc.,<br>Gould Investors L.P.<br>60 Cutter Mill Road<br>Great Neck, NY 11021 | 0.05% |
| Garnet Holdings. Inc. | [Address Unavailable] | 0.63% |
| James Berylson | c/o Berylson Capital Partners, LLC<br>33 Arch Street<br>Boston, MA 02110 | 0.02% |
| James J. Pallotta | c/o Larry Lester<br>180 Ash Street<br>Weston, MA 02493<br><br>with a copy to:<br><br>c/o Joshua Langsam<br>280 Congress Street, 12th Floor<br>Boston, MA 02210 | 0.30% |
| Joseph E. Bonnem | 19 Hilltop Road<br>Bronxville, NY 10708-5124 | 0.02% |
| O Family O-Cap Investment LLC | Attn: Lloyd Jagai<br>600 Madison Ave.<br>New York, NY 10022 | 1.16% |
| O-CAP Advisors LLC | Attn: Lloyd Jagai<br>600 Madison Ave.<br>New York, NY 10022 | 0.15% |
| Peter L. Malkin | 60 East 42nd Street<br>New York, NY 10165 | 0.08% |
| Peter L. Malkin Family 9 LLC | 60 East 42nd Street<br>New York, NY 10165 | 0.17% |
| NYROY* Acct. # 1514 | c/o RBC Capital Markets LLC<br>Attn: Portfolio Services Group<br>200 Vesey Street, 14th Floor<br>New York, NY 10281-8098 | 0.55% |
| Row Jimmy LLC | 850 New Burton Road<br>Suite 201<br>Dover, DE 19904 | 0.05% |

59288/0001-17300629v1

| | | |
|---|---|---|
| Taylor Capital Ventures, LP | 31 Highway 328<br>Oxford, MS 38655 | 0.02% |
| Olshan 2016 Trust No. 1 | Attn: Lloyd Jagai<br>600 Madison Ave.<br>New York, NY 10022 | 0.20% |
| United States Investment Partners | 225 West 86th Street<br>Apt. 1112<br>New York, NY 10024 | 0.27% |
| Happy Winners Assets Inc. | c/o Clermont Consultants (CH) SA<br>Rue Du Rhone 61<br>1204 Geneva, Switzerland<br>Attn: Kim Grovery/Rosy Stanislias | 1.68% |
| Hillpride Partners LLP | c/o Dr. Elizabeth Glyn<br>37 Harley Street<br>London, W1G 8QG | 0.27% |
| CFST Capital LLC | 7690 North Palm Avenue<br>Fresno, CA 93711 | 0.28% |
| Optimus Corporate Services Limited As Trustee of the Bowmer & Kirkland limited Employee Trust 2007 RE The John Nigel Kirkland & Family Sub Fund | St. Mary's<br>The Parade<br>Castletown, Isle of Man, 1M9 1LG | 0.18% |
| Citco Global Custody NV Ref Discovery Capital Holdings | c/o BNP Paribas Securities Services<br>Wronia 31 00-846<br>Warsaw, Poland | 0.77% |

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | § | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| HILLTOP ENERGY, LLC, | § | |
| | § | Case No. 19-_____ (___) |
| Debtor. | § | |
| | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

| Shareholder | Address of Shareholder | Approximate Percentage of Shares Held |
|---|---|---|
| AIO III CE, L.P. | 610 Broadway, 6th Floor<br>New York, New York 10012 | 75.76% |
| Corbin Opportunity Fund, L.P. | 590 Madison Ave, 31st Floor<br>New York, NY 10022 | 16.67% |

Fill in this information to identify the case and this filing:

Debtor Name __Hilltop Energy, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement, List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/16/2019__    X _/s/ Claude A. Pupkin_
MM / DD / YYYY            Signature of individual signing on behalf of debtor

_Claude Pupkin_
Printed name

_Manager_
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors